# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>JODY MYESHA ORSO<br>DEFENDANT(S). | CASE NUMBER<br><br>CR98-24-DSF<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _DEFENDANT_____, IT IS ORDERED that a detention hearing is set for _10/30/09_____, _____, at _3:00_____ ☐ a.m. / ☒ p.m. before the Honorable _OSWALD PARADA_____, in Courtroom _3_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _10/27/09_____

_____
U.S. District Judge/Magistrate Judge